CLIFFORD T. ROGERS, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Respondent.*

Supreme Court, Appellate Term, Second Department, February 18, 1938.

*Irving A. Cook*, for the appellant.

*Henry C. Frey* [*J. Nash Williams* of counsel], for the respondent.

Judgment affirmed, with costs. No opinion.

All concur. Present — MACCRATE, LEWIS and CONWAY, JJ.